(55 Misc. Rep. 305)

### MUHLIG v. REBHAN.

(Supreme Court, Appellate Term. June 27, 1907.)

TRIAL—MISCONDUCT OF COURT—IMPROPER INSTRUCTIONS.
It was error to charge in such a manner as to hold plaintiff up to ridicule and contempt, and thereby prejudice the jury against him.

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by William Muhlig against Christ Rebhan. From a Municipal Court judgment in favor of defendant, plaintiff appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and SEABURY and PLATZEK, JJ.

Michael J. Driscoll, for appellant.
James B. Henney, for respondent.

PER CURIAM. The action is for fraud. The jury found for defendant. The plaintiff attacks the judgment solely on the ground that in his charge to the jury the court held the plaintiff up to ridicule and contempt and prejudiced thereby the minds of the jury against him. A perusal of the charge convinces us that there is much merit in this claim, and we think, in the interests of justice, a new trial should be granted.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.